IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARVIS BOWNES, )
)
                 Petitioner, )
)
vs. ) Case No. 06-cv-0757-MJR
)
UNITED STATES OF AMERICA, )
)
                 Respondent. )

## MEMORANDUM AND ORDER

REAGAN, District Judge:

In this civil proceeding, Marvis Bownes challenged a sentence imposed by the undersigned District Judge in one of two criminal prosecutions in this District (Case No. 03-cr-30097). The undersigned Judge rejected Bownes' challenge and denied his motion for relief under 28 U.S.C. § 2255 on October 26, 2007. Judgment was entered accordingly four days later.

On December 26, 2007, Bownes appealed this Court's denial of § 2255 relief. By accompanying motion filed here December 27, 2007, Bownes requests a certificate of appealability.

28 U.S.C. § 2253(c)(1)(B) provides that an appeal from the final order in a § 2255 proceeding may not be taken unless a Circuit or District Court Judge has issued a certificate of appealability. For the reasons stated in the October 26, 2007

Order, this Court concludes that Bownes has <u>not</u> made "a substantial showing of the denial of a constitutional right." ***See*** **28 U.S.C. § 2253(c)(2).** Accordingly, the Court **DENIES** Bownes' motion for certificate of appealability (Doc. 26).

IT IS SO ORDERED.

DATED this 2nd day of January 2008.

<u>s/ Michael J. Reagan</u>
MICHAEL J. REAGAN
United States District Court